Electronically Filed
Kahalah A. Clay
Circuit Clerk
Nora McDaniel
20L0605
St. Clair County
8/10/2020 3:12 PM
10052599

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
COUNTY OF ST. CLAIR

| | |
|---|---|
| SAMI OSMANI, | ) |
| Plaintiff, | ) |
| vs. | ) No. 20-L- 0605 |
| AUSTIN FORLEMU, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, Sami Osmani, through his counsel, Darr Law Offices, Ltd., and for his cause of action against defendants, Austin Forlemu, states as follows:

## COUNT I

**(Austin Forlemu – Negligent Operation of Motor Vehicle)**

1. Plaintiff, Sami Osmani (hereinafter "Osmani"), is a resident of the City of St. Louis, and State of Missouri.

2. Defendant, Austin Forlemu (hereinafter "Forlemu"), is a resident and citizen of the City of Indianapolis, County of Marion, State of Indiana.

3. That venue is appropriate in this County in accordance with 735 ILCS 5/2-101.

4. On Wednesday, February 12, 2020, at approximately 7:27 p.m., plaintiff, Osmani, was a passenger riding in a sleeper berth of a commercial vehicle driven by Ivica Kristo in a westerly direction on I-74 in Vermilion County, Illinois.

EXHIBIT A

5. Kristo stopped his vehicle in the left lane of the interstate highway due to traffic congestion on I-74 in the westbound direction of travel in Danville Township, County of Vermilion, State of Illinois.

6. At the aforesaid time and place the defendant, Austin Forlemu (hereinafter "Forlemu"), was driving a 2015 Freightliner truck, also westbound on I-74 in Danville Township, Vermilion County, State of Illinois, to the rear of plaintiff's vehicle. Forlemu's vehicle is also a commercial motor vehicle subject to the rules and regulations of the Federal Motor Carrier Safety Regulations ("FAMCSA").

6. Defendant Forlemu's vehicle struck the rear of Kristo's vehicle at or near highway speeds.

7. That at all times mentioned herein, Forlemu owed a duty to others using the public roadways of the State of Illinois, to operate his commercial motor vehicle with reasonable care and caution.

8. That the defendant, Forlemu, breached his duty to use care and caution and was then and there guilty of one or more of the following negligent acts or omissions:

    a) Defendant was inattentive and failed to keep a careful lookout; and/or

    b) Defendant drove at an excessive rate of speed for traffic conditions; and/or

    c) Defendant was distracted; and/or

    d) Defendant followed other vehicles too closely; and/or

    e) Defendant drove while fatigued; and/or

    f) Defendant failed to stop, swerve and/or slacken speed although circumstances warranted.

9. That one or more of the foregoing negligent acts or omissions on the part of Forlemu was a direct and proximate cause of plaintiff's injuries hereafter alleged.

10. That as a direct and proximate result of one or more of the negligent acts or omissions of the defendant, Forlemu, plaintiff, Osmani, sustained injuries both temporary and permanent; that plaintiff has incurred and will continue to incur medical, doctor and hospital bills in an effort to be treated for his injuries; and that plaintiff has been prevented from attending his usual duties and affairs as he had been able to do prior to this.

11. That plaintiff has lost wages and will continue to lose wages due to the defendant's negligence.

WHEREFORE, plaintiff, Sami Osmani, prays this court enter judgment in his favor and against the defendant, Austin Forlemu, in an amount greater than Fifty Thousand Dollars ($50,000.00); plus costs of suit.

Respectfully submitted,

By: /s/ Lanny Darr
Lanny Darr (#06205283)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, Illinois 62002
(618)208-6828
(618)433-8519
darr@darrfirm.com

Service by facsimile transmission
or via email will be accepted at the
stated facsimile and/or email stated above.

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Nora McDaniel
20L0605
St. Clair County
8/10/2020 3:12 PM
10052599

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## COUNTY OF ST. CLAIR

| | |
|---|---|
| SAMI OSMANI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 20-L- 0605 |
| AUSTIN FORLEMU, | ) ) ) |
| Defendants. | ) |

## CERTIFICATION

I, Lanny Darr, being the attorney for the plaintiff, Sami Osmani, hereby certify that the foregoing complaint seeks damages in an amount that is *more than* Fifty Thousand Dollars ($50,000.00).

By:    /s/Lanny Darr
Lanny Darr   (#06205283)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, IL 62002
Phone: (618) 208-6828
Fax: (618) 433-8519
darr@darrfirm.com

Service by facsimile transmission or via email will be accepted at the stated facsimile and/or email stated above.

| State of Illinois | ) S.S. | | |
|---|---|---|---|
| County of St. Clair | ) | Case Number | 2020-L- 0605 |
| | | Amount Claimed | In Excess of $50,000.00 |

Sami Osmani

VS

Austin Forlemu

**Plaintiff(s)**        **Defendant(s)**

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

Pltf. Atty. **Lanny Darr**
Address **307 Henry St., Suite 406** Code _____
City **Alton, IL 62002** Phone **6182086828**
Add. Pltf. Atty. _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME **Austin Forlemu**
ADDRESS **7611 Waterwood Dr.**
CITY & STATE **Indianapolis, IN 46214**

## SUMMONS COPY

To the above named defendant(s)......:

[ ] A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[X] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, **8/10/2020** 20__

_KATHLEEN A. CLAY, Circuit Clerk_ Court

BY DEPUTY: **Nora McDaniel**

SEAL

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(d) - (Other service):

SHERIFF'S FEES

Service and return _____ $
Miles _____ .........$_____
Total ........................$_____

Sheriff of _____ County

_____, Sheriff of _____ County

_____, Deputy

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Nora McDaniel
20L0605
St. Clair County
8/10/2020 3:12 PM
10052599

## STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
### COUNTY OF ST. CLAIR

| | |
|---|---|
| SAMI OSMANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 20-L-0605 |
| | ) |
| AUSTIN FORLEMU, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Now comes Lanny Darr and hereby enters his appearance as attorney of record for the plaintiff, Sami Osmani.

By:  /s/Lanny Darr
Lanny Darr    (#06205283)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, IL  62002
Phone:  (618) 208-6828
Fax:  (618) 433-8519
darr@darrfirm.com

Service by facsimile transmission or via email will be accepted at the stated facsimile and/or email stated above.

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Diane Kirksey
20L0605
St. Clair County
8/17/2020 1:02 PM
10124059

# AFFIDAVIT OF SERVICE

| Case: 2020-L-0605 | Court: Twelgth Judicial Circuit | County: St. Clair, IL | Job: 4770363 |
|---|---|---|---|
| Plaintiff / Petitioner: Sami Osmani | | Defendant / Respondent: Austin Forlemu | |
| Received by: Evolution Process Service | | For: Darr Firm | |
| To be served upon: Austin Forlemu | | | |

I, Kree Hall, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Austin Forlemu, 7611 Waterwood Dr, Indianapolis, IN 46214

**Manner of Service:** Personal/Individual, Aug 14, 2020, 6:33 pm EDT

**Documents:** Summons and Complaint (Received Aug 11, 2020 at 12:21pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Aug 12, 2020, 4:20 pm EDT at 7611 Waterwood Dr, Indianapolis, IN 46214
no answer. left door tag with contact information.

2) Successful Attempt: Aug 14, 2020, 6:33 pm EDT at 7611 Waterwood Dr, Indianapolis, IN 46214 received by Austin Forlemu. Age: 45; Ethnicity: African American; Gender: Male; Weight: 180; Height: 5'6"; Hair: Black;

Kree Hall     Date 8/17/20

Evolution Process Service
5335 N Tacoma Ave Ste 5
Indianapolis, IN 46220
317-362-0316

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 8/17/20     Commission Expires 4/14/20